UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

JAN 2 8 2015

David J. Bradley, Clerk of Court

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

In re

UPD GLOBAL RESOURCES, INC.,

Debtor.

No. 11-36970
Chapter 11

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Notice is hereby provided, pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., that Claim No. 3 filed by PBC Services, Inc., in the amount of $5,878,070.49, said Claim having been deemed and allowed a general unsecured claim in the amount of $5,670,534.77, pursuant to Order entered by the Bankruptcy Court on October 16, 2012, has been transferred and assigned, other than for security, to Continental Casualty Company.

Respectfully submitted,

By: /s/Thomas J. Lester
Thomas J. Lester
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
Phone: (815) 490-4900
Fax: (815) 490-4901
tlester@hinshawlaw.com

*ATTORNEY FOR CONTINENTAL CASUALTY COMPANY*


EXHIBIT A

## ACKNOWLEDGMENT

Undersigned counsel for PBC Services, Inc., hereby acknowledges that Claim No. 3 filed by PBC Services, Inc., has been transferred and assigned, other than for security, to Continental Casualty Company and Continental Casualty Company holds all right, title and interest to said Claim.

By: _____
Alfred J. Rufty, III (SBOT No. 29457)
Harris & Rufty, LLC
650 Poydras Street, Suite 2710
New Orleans, Louisiana 70130

**Name and Address Where Notice to Transferee Should be Sent:**

Thomas J. Lester
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL  61105-1389
Phone: (815) 490-4900
Fax: (815) 490-4901
tlester@hinshawlaw.com

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge and belief.

By: _____
Thomas J. Lester, as Transferee's Agent

Date: 1/27/15

IN THE UNITED STATES DISTRIC COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

PBC Services, Inc.,
    *Plaintiff,*

vs.

UPD Global Resources, Inc.,
    *Defendant.*

Civil Action No. 4:08-cv-00235
ADMIRALTY

## NOTICE OF TRANSFER

PBC Services, Inc., submits this notice, in accordance with §12.014, *Texas Property Code*, demonstrating the final judgment of the District Court entered November 30, 2010, in favor of PBC Services, Inc., and against UPD Global Resources, Inc., awarding compensatory damages ($4,329,000.00), plus reasonable attorneys' fees later determined ($1,441,557.00) and interest ($107,513.40), totaling $5,878,070.49, has been transferred and assigned by PBC Services, Inc., to Continental Casualty Company.

PREMISES CONSIDERED the District Court's final judgment having been transferred by PBC Services, Inc., to Continental Casualty Company, the Clerk of Court is hereby authorized and directed to enter and record the transfer on the docket of said judgment.

Respectfully submitted

By: _____
Alfred J. Rufty, III (SBOT No. 29457)
Harris & Rufty, LLC
650 Poydras Street, Suite 2710
New Orleans, Louisiana 70130
Office: (504) 525.7500
Facsimile: (504) 525.7222
AJR@harrisrufty.com

***ATTORNEY FOR PBC SERVICES, INC.***

EXHIBIT B

## ACKNOWLEDGMENT

Today Tim Bourgeois appeared before me, and after being duly sworn, he testified:

1. My name is Tim Bourgeois. I am an adult resident of Houma, Louisiana. In addition, I am President of and principal shareholder in P.B.C. Services, Inc., whose administrative office is located at 2041 Coteau Road in Houma, Louisiana.

2. P.B.C. Services, Inc., commenced and prevailed in the matter *PBC Services, Inc. v. UPD Global Resources, Inc.*, bearing Civil Action No. 08-235, formerly pending in the United States District Court for the Southern District of Texas, Houston Division, securing against UPD Global Resources, Inc., a final judgment for damages, attorneys' fees, costs and interest totaling $5,878,070.49.

3. The final judgment, subject of the Notice of Transfer acknowledged by this instrument, was transferred and assigned by P.B.C. Services, Inc., to Continental Casualty Company, and Continental Casualty Company holds all right, title and interest to and deriving from said final judgment.

4. I attest under penalty of perjury the statements expressed above are true and correct.

By: *[signature]*
Tim Bourgeois, President,
P.B.C. Services, Inc.

**SUBSCRIBED AND SWORN TO BEFORE ME this ___ day of January 2015**

By: *[signature]*
Notary Public, State of Louisiana

My commission expires:
*[signature]*

THOMAS J. LESTER
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61101-1389
Phone: (815) 490-4900
Fax: (815) 490-4901
tlester@hinshawlaw.com

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON TEXAS

| | |
|---|---|
| IN RE: | ) |
| | ) Case No.: 11-36970-H5-11 |
| UPD Global Resources, Inc., | ) Chapter 11 |
| | ) |
| Debtor. | ) |

### ORDER

THIS MATTER having come before the Court on the Motion of Continental Casualty Company pursuant to Bankruptcy Rule 3006 to withdraw claim and the Court having reviewed the pleadings, grants the Motion.

THEREFORE, IT IS HEREBY ORDERED that Claim No. 3 is hereby deemed withdrawn.

Dated: _____      _____
                                             THE HONORABLE KAREN K. BROWN
                                             U.S. BANKRUPTCY JUDGE



EXHIBIT C

71135401v1 0968249

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served upon the debtor, counsel for the debtor, U.S. Trustee and parties requesting notice as shown below, by ECF and United States mail, first class, postage prepaid, on the 6th day of February, 2015.

/s/Thomas J. Lester

Debtor
UPD Global Resources, Inc.
9727 St. Johns Ct.
Pilot Point, TX 76258

Counsel for Debtor
Leonard H. Simon
William P. Haddock
Pendergraft & Simon
2777 Allen Parkway, Suite 800
Houston, TX 77019

U.S. Trustee
United States Department of Justice
Office of the United States Trustee
Judy A. Robbins
United States Trustee
Ellen M. Hickman, Attorney
515 Rusk, Suite 3516
Houston, TX 77002

Parties Requesting Notice
Jill S. Willhoft
Harris and Rufty LLC
650 Poydras St., Ste 2710
New Orleans, LA 70130
jsw@harrisrufty.com

John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064
Houston_bankruptcy@publicans.com

Steven A. Leyh
Leyh, Payne & Mallia, PLLC
9545 Katy Freeway, Suite 200
Houston, TX 77024
sleyh@lpmfirm.com